BONNER, administrator, *v.* TRAYLOR.

GILBERT, J. 1. Under the rulings in *Spooner* v. *Bank of Donalsonville,* 159 *Ga.* 295 (125 S. E. 456), the court did not err in entertaining equitable jurisdiction and in appointing receivers.

2. The assignments of error on admissibility of evidence do not show error. *Judgment affirmed. All the Justices concur.*

No. 6840. JANUARY 15, 1929.

637

*R. D. Jackson,* for plaintiff in error. *Boykin & Boykin,* contra.